IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
   Plaintiff,

vs.              Case NO. 18-CV-00561 KK-LF

$68,790.00 in U.S. currency,
   Defendant.

HEATHER STEWART,

   Claimant.

## VERIFIED CLAIM AND STATEMENT OF INTEREST OF HEATHER STEWART

COMES NOW Heather Stewart by and through her attorney of record, Erlinda O. Johnson, Esq., and hereby respectfully submits this verified claim and statement of interest in and to the above referenced property that is subject of this proceeding pursuant to 21 U.S.C. § 881(a)(6); 18 U.S.C. § 981(a)(1)(C)

### Brief Procedural Background

1. The government filed its First Verified Complaint for Forfeiture *in rem* on June 18, 2018, against the following property in which the government asserts that Heather Stewart holds an interest.

  United States Currency in the Amount of:
   a. $68,790.00

2. On or about July 19, 2018, claimant Heather Stewart was served, via certified mail, with a copy of the First Verified Complaint for Forfeiture *in rem* and the notice of complaint for forfeiture against the above described property.

3. On this day, July 31, 2018, counsel for Heather Stewart, entered her appearance. Ms. Stewart asserts her interest in said property.

### Claim of Interest

United States Currency:

    a. $68,790.00 in U.S. currency

4. The above described property is property lawfully owned by claimant Heather Stewart and as such Ms. Stewart hereby asserts an ownership interest in said property that is the subject of this action for civil forfeiture. Further claimant demands the release of said property and the right to defend her interest in said property in this action.

Respectfully Submitted,

Electronically filed  7/31/18
Erlinda O. Johnson
Attorney for Heather Stewart
620 Roma Ave. N.W.
Albuquerque, NM 87102
(505) 792-4048

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was provided to Stephen Kotz, Assistant United States Attorney, via CM/ECF, on this 31st day of July, 2018.

Electronically filed 7/31/18

Erlinda O. Johnson
Attorney for Heather Stewart

## VERIFICATION

State of California    )
                       ) ss:
County of Los Angeles  )

Heather Stewart, being first duly sworn, deposes and states that he has read the foregoing Verified Claim, and that the statements contained are true and correct to the best of her knowledge, information and belief.

*[signature]*
Heather Stewart

The foregoing was acknowledged before me this 31st day of July, 2018, by Heather Stewart.

California Compliant Notary
Acknowledgment Sheet Attached

_____
Notary Public

My commission expires:

JUNE 17, 2019

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__

On __July 30, 2018__ before me, __Sherry DeLeo, Notary Public__
       Date                                        Here Insert Name and Title of the Officer
personally appeared __Heather Stewart__
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**SHERRY DELEO**
Commission No. 2112350
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires JUNE 17, 2019

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Sherry DeLeo__
                 Signature of Notary Public

Place Notary Seal and/or Stamp Above

--- OPTIONAL ---

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document: __New Mexico District Court__
Title or Type of Document: __Verified Claim and Statement of Interest of Heather Stewart__
Document Date: __Not dated__                    Number of Pages: __Three__
Signer(s) Other Than Named Above: __No other signer__

Capacity(ies) Claimed by Signer(s)
Signer's Name: __Heather Stewart__
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☒ Individual          ☐ Attorney in Fact
☐ Trustee              ☐ Guardian of Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee              ☐ Guardian of Conservator
☐ Other: _____
Signer is Representing: _____

©2017 National Notary Association