**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Laura Fashing,
United States Magistrate Judge**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE TITLE**: | *United States of America v. $68,790.00 in U.S. Currency* | **DATE**: | Monday, January 28, 2019 |
| **CASE No**: | 1:18-cv-00561-JCH-LF | **COURTROOM CLERK**: | CCP |
| **PROCEEDINGS COMMENCED**: | 11:00 a.m. | **COURT IN RECESS**: | 11:19 a.m. |

**TYPE OF PROCEEDING**: *Motions Hearing*

| **ATTORNEY PRESENT FOR PLAINTIFF**: | **ATTORNEY PRESENT FOR CLAIMANT**: |
|---|---|
| Stephen R. Kotz | Erlinda O. Johns |

**COURT'S RULING(S)**:

I. The parties contacted chambers to request a telephonic conference. Judge Fashing agreed to hold the conference immediately.

II. The Court took up Claimant Heather Stewart's Motion to Stay Discovery (Doc. 26). Mr. Kotz advised the Court that he wants to depose claimant in order to file a motion challenging standing. Having reviewed the briefing, and in the interests of judicial efficiency, the Court advised the parties that it was not inclined to grant the motion to stay.

III. The parties requested an extension on the remaining scheduling order deadlines. The Court agreed to grant the parties a 45-day extension on the remaining deadlines.

IV. The Court, with the agreement of the parties, will vacate the Settlement Conference set for March 18, 2019. The Court will reset this conference for May 6, 2019.