IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

              Plaintiff,

vs.                                          NO. 18CV561 JH

$68,970,

              Defendant.


<u>TRANSCRIPT OF SECOND ENCOUNTER ON 2/5/18</u>

Second Encounter Between Agent Jay Perry and Heather Stewart

Albuquerque, New Mexico


Exhibit A

1

| | | |
|---|---|---|
| 1 | | (Belt-Tape) |
| 2 | | (Knocking on the door) |
| 3 | AGENT PERRY: | Hello, ma'am. |
| 4 | EMILYN NIÑO: | Hi. |
| 5 | AGENT PERRY: | I'm a police officer, ma'am. |
| 6 | EMILYN NIÑO: | Yes. |
| 7 | AGENT PERRY: | May I speak to you for a moment? |
| 8 | EMILYN NIÑO: | Sure. |
| 9 | AGENT PERRY: | How are you doing today? |
| 10 | EMILYN NIÑO: | Good, good.  Thank you. |
| 11 | AGENT PERRY: | Good? |
| 12 | A. VALDIVIA: | Oh, hi. |
| 13 | AGENT PERRY: | Oh, how you doing, ma'am? |
| 14 | A. VALDIVIA: | Hi. |
| 15 | AGENT PERRY: | Y'all traveling together I assume? |
| 16 | EMILYN NIÑO: | Yes. |
| 17 | AGENT PERRY: | Do you have your tickets with you? |
| 18 | EMILYN NIÑO: | Yes, I do. |
| 19 | AGENT PERRY: | Would it be okay if I put up your curtain, ma'am? |
| 20 | EMILYN NIÑO: | Yes. |
| 21 | AGENT PERRY: | How you doing, ma'am? |
| 22 | EMILYN NIÑO: | Good, good.  Thank you. |
| 23 | AGENT PERRY: | Yeah?  Y'all family or friends? |
| 24 | EMILYN NIÑO: | Family. |
| 25 | AGENT PERRY: | Family?  Where are you traveling to? |

2

| | | |
|---|---|---|
| 1 | EMILYN NIÑO: | San Diego. |
| 2 | AGENT PERRY: | Oh, okay.  Where are you coming from? |
| 3 | EMILYN NIÑO: | Indianapolis. |
| 4 | AGENT PERRY: | And where are you coming from, ma'am? |
| 5 | EMILYN NIÑO: | I'm from San Diego. |
| 6 | AGENT PERRY: | Oh, you're coming from-, did you board the train in San Diego? |
| 7 | EMILYN NIÑO: | No.  From-, I board it from uh . . . uh . . . Indianapolis. |
| 8 | AGENT PERRY: | Oh, y'all live in San Diego? |
| 9 | EMILYN NIÑO: | Uh-huh. (Yes) |
| 10 | AGENT PERRY: | Agnes Va-, Valdivia? |
| 11 | EMILYN NIÑO: | Valdivia. |
| 12 | AGENT PERRY: | Valdivia.  Is that you or her? |
| 13 | EMILYN NIÑO: | Her. |
| 14 | AGENT PERRY: | Okay.  And Em-, Emilyn? |
| 15 | EMILYN NIÑO: | Yes. |
| 16 | AGENT PERRY: | Niño? |
| 17 | EMILYN NIÑO: | Yes. |
| 18 | AGENT PERRY: | Okay. |
| 19 | H. STEWART: | Niño. |
| 20 | AGENT PERRY: | Do y'all have identification with you? |
| 21 | EMILYN NIÑO: | (No audible response) |
| 22 | AGENT PERRY: | May I see that?  So, y'all-, how long was y'all in Indianapolis for? |
| 23 | EMILYN NIÑO: | Me-, or family uh, three days, I think? |
| 24 | AGENT PERRY: | Three days?  And does she live with-, you live in-, both of y'all live in San |
| 25 | | Diego? |

3

| 1 | EMILYN NIÑO: | Yes. |
| 2 | AGENT PERRY: | How long were you in San-, in Indianapolis? |
| 3 | EMILYN NIÑO: | Actually, she's from Indianapolis. |
| 4 | AGENT PERRY: | I'm sorry, ma'am? |
| 5 | EMILYN NIÑO: | She's from In-, she's– |
| 6 | AGENT PERRY: | Oh, she lives in Indianapolis. |
| 7 | EMILYN NIÑO: | Yes. |
| 8 | AGENT PERRY: | I got you.  How did-, did you take the train when you went out to Indianapolis? |
| 9 | EMILYN NIÑO: | No, no.  I took the airplane. |
| 10 | AGENT PERRY: | Yeah?  You like the plane better or the train? |
| 11 | EMILYN NIÑO: | Uh, the train is nice because we can see all different cities. |
| 12 | AGENT PERRY: | Oh.  So, she lives-, you live in Indianapolis. |
| 13 | A. VALDIVIA: | Yes. |
| 14 | AGENT PERRY: | Okay.  Emil-, Emilyn Verm-, Vermijo? |
| 15 | EMILYN NIÑO: | Uh-huh. (Yes) |
| 16 | AGENT PERRY: | Niño.  Spring-, she lives in Spring Valley? |
| 17 | EMILYN NIÑO: | Yes. |
| 18 | AGENT PERRY: | 9153, thank you. |
| 19 | EMILYN NIÑO: | Yes. |
| 20 | AGENT PERRY: | Thank you.  So, did you go out to pick her up or? |
| 21 | EMILYN NIÑO: | Yes.  It's a-, a vacation. |
| 22 | AGENT PERRY: | Oh.  How long-, so you were out there three days? |
| 23 | EMILYN NIÑO: | Yes. |
| 24 | AGENT PERRY: | Agnes? |
| 25 | A. VALDIVIA: | Valdivia. |

4

| 1 | AGENT PERRY: | Valdivia Vermijo. |
|---|---|---|
| 2 | A. VALDIVIA: | Uh-huh. (Yes) |
| 3 | AGENT PERRY: | October 19th, 1955.  Okay.  All righty.  Thank you.  How long are you-, how |
| 4 | | long are you going to be in-?  Does she speak English or no? |
| 5 | EMILYN NIÑO: | She– |
| 6 | AGENT PERRY: | How long are you going to be in San Diego? |
| 7 | A. VALDIVIA: | Maybe two weeks. |
| 8 | AGENT PERRY: | Yeah?  Vacation? |
| 9 | A. VALDIVIA: | (No audible response) |
| 10 | | **(Conversation between Agent Perry and two women from 2:16 to 5:07)** |
| 11 | H. STEWART: | Hi. |
| 12 | AGENT PERRY: | How are you doing, ma'am? |
| 13 | H. STEWART: | Can I see your credentials, please? |
| 14 | AGENT PERRY: | Yes, you can.   I was talking to her and I'll talk to you in just a minute, if that's |
| 15 | | okay. |
| 16 | H. STEWART: | No, no.  We've already talked.  I just want to see. |
| 17 | | **(Conversation between Agent Perry and two women from 5:13 to 7:06)** |
| 18 | AGENT PERRY: | Ma'am? |
| 19 | H. STEWART: | Yeah. |
| 20 | AGENT PERRY: | Did-, did you have more questions for me? |
| 21 | H. STEWART: | No, I just– |
| 22 | AGENT PERRY: | Okay. |
| 23 | H. STEWART: | –wanted to see your ID. |
| 24 | AGENT PERRY: | Okay.  Um-, I noticed that you're pretty nervous.  Can you tell me why you're |
| 25 | | nervous? |

5

| | | |
|---|---|---|
| 1 | H. STEWART: | I don't think I am nervous. |
| 2 | AGENT PERRY: | Really?  You were very nervous when I was talking to you up in the room, |
| 3 | | ma'am.  Okay. |
| 4 | H. STEWART: | I don't feel like I'm nervous. |
| 5 | AGENT PERRY: | Did you buy your train ticket? |
| 6 | H. STEWART: | Yeah. |
| 7 | AGENT PERRY: | You did? |
| 8 | H. STEWART: | Yes. |
| 9 | AGENT PERRY: | When did you buy it? |
| 10 | H. STEWART: | Yesterday when I got on the train. |
| 11 | AGENT PERRY: | Okay.  Did you buy it in Chicago or did you do it online or how did you do it? |
| 12 | H. STEWART: | I bought it in Chicago. |
| 13 | AGENT PERRY: | And how far in advance did you purchase your ticket? |
| 14 | H. STEWART: | When I got to the train station. |
| 15 | AGENT PERRY: | Okay.  The purpose to your trip out to Chicago was for what? |
| 16 | H. STEWART: | I was doing some business, visiting some friends.  Is there a reason why you're |
| 17 | | asking me these questions? |
| 18 | AGENT PERRY: | Yeah, because you're very nervous, ma'am, when I was talking to you that's |
| 19 | | why I'm asking you more quest– |
| 20 | H. STEWART: | Really? |
| 21 | AGENT PERRY: | –yes. |
| 22 | H. STEWART: | I don't know why you'd say that. |
| 23 | AGENT PERRY: | And your travel method is very odd. |
| 24 | H. STEWART: | Is it? |
| 25 | AGENT PERRY: | Yes.  Can you tell me why you flew out there and now you're taking a train |

6

| | | |
|---|---|---|
| 1 | | back? |
| 2 | H. STEWART: | No, I can't. |
| 3 | AGENT PERRY: | Okay. |
| 4 | H. STEWART: | I just don't see why that's even an issue.  I've shown you everything you want |
| 5 | | to see– |
| 6 | AGENT PERRY: | No, you haven't, ma'am– |
| 7 | H. STEWART: | I– |
| 8 | AGENT PERRY: | I asked you search your bedroom and you wouldn't give me permission to |
| 9 | | search your bedroom to confirm there's nothing illegal inside your bedroom. |
| 10 | | From the way you're acting, I believe you have something inside of your |
| 11 | | bedroom but you're not telling me about it.  That's why I'm telling-, that's |
| 12 | | why I'm asking you more questions. |
| 13 | H. STEWART: | I see. |
| 14 | AGENT PERRY: | Because I've been doing this for a long time, ma'am.  Okay. |
| 15 | H. STEWART: | Okay. |
| 16 | AGENT PERRY: | It's nothing against you. |
| 17 | H. STEWART: | I understand. |
| 18 | AGENT PERRY: | I'm just doing my job. |
| 19 | H. STEWART: | I understand. |
| 20 | AGENT PERRY: | Do you understand why I'm asking more questions? |
| 21 | H. STEWART: | Yeah, I understand.  Uh-huh. (Yes) |
| 22 | AGENT PERRY: | Okay.  Do you have another bag in your room? |
| 23 | H. STEWART: | Yeah, I have another bag. |
| 24 | AGENT PERRY: | Do you have anything illegal inside it? |
| 25 | H. STEWART: | No, I don't. |

7

| | | |
|---|---|---|
| 1 | AGENT PERRY: | Okay. |
| 2 | H. STEWART: | It-, I don't. |
| 3 | AGENT PERRY: | Can you show me your bag in your room? |
| 4 | H. STEWART: | Yeah. |
| 5 | AGENT PERRY: | Okay.  Can we go up there? |
| 6 | H. STEWART: | All right. |
| 7 | AGENT PERRY: | Thank you, ma'am.  Appreciate you being honest with me. |
| 8 | H. STEWART: | Yeah, I mean– |
| 9 | AGENT PERRY: | It's just you are very-, you're very-, you're very nervous. |
| 10 | H. STEWART: | I don't think so. |
| 11 | AGENT PERRY: | Oh, I know so. |
| 12 | H. STEWART: | I don't feel like I'm nervous. |
| 13 | AGENT PERRY: | I do this for a living every day. |
| 14 | H. STEWART: | Apparently so.  If I was nervous, would I have come back and asked you for |
| 15 | | your ID, though?  You know what I mean? |
| 16 | AGENT PERRY: | Well, maybe you did that just to let me know that you-, to let me-, to throw-, |
| 17 | | kind of throw me off. |
| 18 | H. STEWART: | Oh, you think? Oh, no.  I'm not– |
| 19 | AGENT PERRY: | I'm not thinking. |
| 20 | H. STEWART: | (Unintelligible, too low) I thought, I don't remember seeing his ID.  I should |
| 21 | | try to check that out. |
| 22 | AGENT PERRY: | Yes.  I showed you my badge– |
| 23 | H. STEWART: | But I– |
| 24 | AGENT PERRY: | –but I sh-, I have a picture too if you want to see it. |
| 25 | H. STEWART: | Well, no.  You showed me before when I asked you for it. |

8

| | | |
|---|---|---|
| 1 | AGENT PERRY: | Yes. |
| 2 | H. STEWART: | (Unintelligible, too low) |
| 3 | AGENT PERRY: | Where did you stay in Chicago, ma'am? |
| 4 | H. STEWART: | I stayed at a Sheraton Grand Hotel. |
| 5 | AGENT PERRY: | How many nights did you stay there? |
| 6 | H. STEWART: | One night. |
| 7 | AGENT PERRY: | And I asked you earlier but you never did answer me.  Can you tell me why |
| 8 | | you flew out and then come back on the train? |
| 9 | H. STEWART: | Well, because I've always wanted to take a train ride.  And the last time I was |
| 10 | | going to take a train ride, the train was so late.  I missed the connecting to LA |
| 11 | | and I took a plane that time.  So, I thought, I'll take it this time. |
| 12 | AGENT PERRY: | Okay. |
| 13 | H. STEWART: | That's why.  It's been interesting.  Better train than the last one. |
| 14 | AGENT PERRY: | Oh, you did take a train before? |
| 15 | H. STEWART: | Yeah.  I took– |
| 16 | AGENT PERRY: | But didn't get– |
| 17 | H. STEWART: | –from New York to Chicago.  But it was full of problems and delays so I |
| 18 | | missed the connecting one– |
| 19 | AGENT PERRY: | Okay. |
| 20 | H. STEWART: | –to LA.  And so, I decided to take it this time. |
| 21 | AGENT PERRY: | I understand. |
| 22 | H. STEWART: | It's pretty nice.  Do you want (Unintelligible, too low)? |
| 23 | AGENT PERRY: | Sure. (Unintelligible, too low)  Can you tell me why you said you didn't have |
| 24 | | another bag with you? |
| 25 | H. STEWART: | Because it's a pain in the neck to get that all the way out. (Chuckle) But, it |

9

| | | |
|---|---|---|
| 1 | | didn't really matter.  I kept this bag.  I thought I had this bag (Unintelligible, |
| 2 | | too low) with the carry on.  So, that was two.  See what I'm saying? |
| 3 | AGENT PERRY: | Well, actually, you've got three. |
| 4 | H. STEWART: | Exactly. I wasn't thinking this one was really one, as far as checked bags. |
| 5 | AGENT PERRY: | Well, when you check-, when you carried them on, check would be like to |
| 6 | | give them to– |
| 7 | H. STEWART: | You know, in my mind, though. |
| 8 | AGENT PERRY: | I'm just asking you– |
| 9 | H. STEWART: | It wasn't like-, you can see-.  Usually, I'm thinking– |
| 10 | AGENT PERRY: | I just think it's odd that you told me– |
| 11 | H. STEWART: | –I said two-.  No, I said two– |
| 12 | AGENT PERRY: | –you didn't have another bag. |
| 13 | H. STEWART: | –and I thought, well I'll show him this one because I didn't really think of that |
| 14 | | one as-.  That's like the one I-, I took it to the shower and stuff. |
| 15 | AGENT PERRY: | Do you think your nervous now? |
| 16 | H. STEWART: | I do? |
| 17 | AGENT PERRY: | Yeah.  I'm asking you do you think you're nervous? |
| 18 | H. STEWART: | Not really. |
| 19 | AGENT PERRY: | You're actually shaking. |
| 20 | H. STEWART: | Really? |
| 21 | AGENT PERRY: | Yes, ma'am, you are. |
| 22 | H. STEWART: | Am I? |
| 23 | AGENT PERRY: | Yeah, you were when you was pulling your bag out of there.  Do you have |
| 24 | | anything illegal inside this bag? |
| 25 | H. STEWART: | No, I do not have any illegal.  No, nothing illegal.  See.  Nothing illegal. |

10

| | | |
|---|---|---|
| 1 | AGENT PERRY: | This right here? |
| 2 | H. STEWART: | This? |
| 3 | AGENT PERRY: | This right here, ma'am. |
| 4 | H. STEWART: | A gift. |
| 5 | AGENT PERRY: | Yep. |
| 6 | H. STEWART: | It's a gift as well. |
| 7 | AGENT PERRY: | Your money? |
| 8 | H. STEWART: | It's a gift. I wouldn't know. |
| 9 | AGENT PERRY: | Is it-. Okay, is it a gift for you? |
| 10 | H. STEWART: | It's a gift for me. |
| 11 | AGENT PERRY: | Okay. |
| 12 | H. STEWART: | And it's– |
| 13 | AGENT PERRY: | That looks like bundles of money wrapped up in some kind of tissue paper to |
| 14 | | me. |
| 15 | H. STEWART: | It does look like that. |
| 16 | AGENT PERRY: | Is that-, is that what it is? |
| 17 | H. STEWART: | Is that illegal? |
| 18 | AGENT PERRY: | No, it's not illegal, ma'am. I'm just asking you. You got a-, anytime I see a |
| 19 | | wrapped up gift or something like that, I want to basically see what it is |
| 20 | | because sometimes people will wrap up stuff in gifts that's illegal. |
| 21 | H. STEWART: | Oh, I understand what you mean. |
| 22 | AGENT PERRY: | Money is not illegal, no. |
| 23 | H. STEWART: | No. I didn't think so. Okay. |
| 24 | AGENT PERRY: | So, you're not answering the question. Is it money? |
| 25 | H. STEWART: | Yeah. |

11

| | | |
|---|---|---|
| 1 | AGENT PERRY: | How much money is it? |
| 2 | H. STEWART: | I don't really know. |
| 3 | AGENT PERRY: | So, who gave it– |
| 4 | H. STEWART: | This I know-.  I know what this is, this is a gift to me. |
| 5 | AGENT PERRY: | Okay. |
| 6 | H. STEWART: | And I was giving this away to my daughter. |
| 7 | AGENT PERRY: | Is that-, is that money in that one too? |
| 8 | H. STEWART: | Yes. |
| 9 | AGENT PERRY: | No, in this green one over here. |
| 10 | H. STEWART: | Yes. |
| 11 | AGENT PERRY: | Not the big one. |
| 12 | H. STEWART: | Yes.  Yes, it is. |
| 13 | AGENT PERRY: | And how about the big one?  Is that in that also? |
| 14 | H. STEWART: | Yes. |
| 15 | AGENT PERRY: | How much total money do you have there? |
| 16 | H. STEWART: | I don't know.  I did not open this. |
| 17 | AGENT PERRY: | It was a gift. |
| 18 | H. STEWART: | Yes. |
| 19 | AGENT PERRY: | This is mes-.  Who gave you the gift? |
| 20 | H. STEWART: | Okay.  Does that matter? |
| 21 | AGENT PERRY: | Yes, it matters, ma'am. |
| 22 | H. STEWART: | Why? |
| 23 | AGENT PERRY: | Because those four bundles of money, if that whole big package is bundles of |
| 24 | | money– |
| 25 | H. STEWART: | Uh-huh. (Yes) |

12

| | | |
|---|---|---|
| 1 | AGENT PERRY: | –that's a very large sum of money to be transporting on the train. |
| 2 | H. STEWART: | But it's not illegal, right? |
| 3 | AGENT PERRY: | No, it's not illegal. |
| 4 | H. STEWART: | So, why would it matter– |
| 5 | AGENT PERRY: | If it's not-.  Okay. |
| 6 | H. STEWART: | Okay, I'm-, I'm trying to understand this. |
| 7 | AGENT PERRY: | Okay, it's not illegal to transport money, okay– |
| 8 | H. STEWART: | Uh-huh. (Yes) |
| 9 | AGENT PERRY: | –if you have a legitimate reason to be transporting it. |
| 10 | H. STEWART: | All right. |
| 11 | AGENT PERRY: | There are the-, there are laws against transporting bulk currency, money |
| 12 | | laundering.  There is three different laws, yes, that's illegal.  That's why I'm |
| 13 | | trying to confirm how much money you got and where it came from.  That's |
| 14 | | all I'm trying to do. |
| 15 | H. STEWART: | Oh, I see what you're saying. |
| 16 | AGENT PERRY: | Yes.  It-, it could be-, it could be– |
| 17 | H. STEWART: | The fact that it's not illegal– |
| 18 | AGENT PERRY: | –illegal, yes.  It could be illegal. |
| 19 | H. STEWART: | Wow, why would it be illegal? |
| 20 | AGENT PERRY: | I just explained to you there's– |
| 21 | H. STEWART: | You-, you did explain it. |
| 22 | AGENT PERRY: | –bulk currency. |
| 23 | H. STEWART: | Uh-huh. (Yes) |
| 24 | AGENT PERRY: | Transportation– |
| 25 | H. STEWART: | Is there a dollar amount that it-, that goes with that? |

*Donna Abbe*
5316 Sur Vista Road NW
Albuquerque, New Mexico 87114
Cell: (505) 235-4554

| | | |
|---|---|---|
| 1 | AGENT PERRY: | No, ma'am, there's not.   There's money laundering that's involved in |
| 2 | | something illegal like illegal narcotics.   And then there's also another, |
| 3 | | transporting of money-.  I don't know the exact charge.  I know there's three |
| 4 | | different charges for bulk currency.  I call them bulk currency charges. |
| 5 | H. STEWART: | Bulk currency charges. |
| 6 | AGENT PERRY: | Yes. |
| 7 | H. STEWART: | I'm not aware of anything like that. |
| 8 | AGENT PERRY: | So, that's what I'm asking you to confirm your– |
| 9 | H. STEWART: | I understand. |
| 10 | AGENT PERRY: | –story.  Do you know who even gave it to you? |
| 11 | H. STEWART: | Yeah, a friend of mine. |
| 12 | AGENT PERRY: | Okay.  Does your friend have a name? |
| 13 | H. STEWART: | No. |
| 14 | AGENT PERRY: | Your friend doesn't have a name. |
| 15 | H. STEWART: | No.  Because this looks like it's turning into something that's not and I don't |
| 16 | | need to be in-, I don't need anyone else to be somehow brought into something |
| 17 | | that you're creating out of-, out of no-, it's nothing. |
| 18 | AGENT PERRY: | Ma'am, I'm not creating anything.  You got-, you've admitted to large bundles |
| 19 | | of money and you don't know how much money you've got.  I didn't create |
| 20 | | that.  Every who put that in there created that.  I didn't do that. I'm just |
| 21 | | questioning– |
| 22 | H. STEWART: | If I can give you a dollar amount on that, you'll be happy?  That's going to |
| 23 | | make you-, it's going to be-.  It would– |
| 24 | AGENT PERRY: | It wouldn't make me-.  Ma'am, it wouldn't-.  We're not here to make me |
| 25 | | happy. |

14

| | | |
|---|---|---|
| 1 | H. STEWART: | Okay. |
| 2 | AGENT PERRY: | I'm here to find out what's going on. |
| 3 | H. STEWART: | You're right.  That was the wrong terminology. |
| 4 | AGENT PERRY: | Yes. |
| 5 | H. STEWART: | If I was able to provide you the dollar amount, would that satisfy you? |
| 6 | AGENT PERRY: | No, I'd probably have more questions after that. |
| 7 | H. STEWART: | You'd have more questions after that. |
| 8 | AGENT PERRY: | That will satisfy that question, yes.  That'll answer that question.  Do you |
| 9 | | know a dollar amount are you just guessing? |
| 10 | H. STEWART: | No, but I probably may be able to find it out.  I could actually just find out and |
| 11 | | get back to you. |
| 12 | AGENT PERRY: | Okay.  Well, how long is that going to take? |
| 13 | H. STEWART: | Probably as long as it's going to take for you to go and har-, and discuss things |
| 14 | | with other people and before we leave.  I can get-, tell you. |
| 15 | AGENT PERRY: | I'm not going to harass anyone. |
| 16 | H. STEWART: | I'm-, not harass.  Did I say harass?  I meant– |
| 17 | AGENT PERRY: | You started, you started to say that. |
| 18 | H. STEWART: | I didn't say harass, though.  I didn't. |
| 19 | AGENT PERRY: | Okay.  Can we just concentrate on what we're doing here. |
| 20 | H. STEWART: | I am. |
| 21 | AGENT PERRY: | Okay.  I need to see your identification again, ma'am.  And I'm not asking |
| 22 | | you now.  I need to see your identification, okay? |
| 23 | H. STEWART: | I've already showed you that. |
| 24 | AGENT PERRY: | I need to see it again. |
| 25 | H. STEWART: | Okay. |

15

| | | |
|---|---|---|
| 1 | AGENT PERRY: | If you don't want to answer questions about the money, ma'am, you don't |
| 2 | | have to answer any questions.  But I'm trying to confirm your story about the |
| 3 | | money.  And that's all I'm trying to do.  My partners standing over here.  He's |
| 4 | | going to run your record.  Okay?  Have you been arrested– |
| 5 | H. STEWART: | Yeah, that's no problem. |
| 6 | AGENT PERRY: | –have you ever been arrested for any drug charges, ma'am? |
| 7 | H. STEWART: | Never. |
| 8 | AGENT PERRY: | Have you ever had money seized from you before? |
| 9 | H. STEWART: | Never. |
| 10 | AGENT PERRY: | Okay.  All right.  Thank you.  Do you want to answer any questions about the |
| 11 | | money or are you finished answering questions? |
| 12 | H. STEWART: | At this point, I think I'm finished answering questions. |
| 13 | AGENT PERRY: | Let's just wait for him to do that. |
| 14 | H. STEWART: | Okay.  I'll get back to you with the amount. |
| 15 | AGENT PERRY: | No, ma'am. |
| 16 | H. STEWART: | Why not? |
| 17 | AGENT PERRY: | You're not going to shut the door right now.  Right now I'm going to stay here |
| 18 | | so I'm going to make sure that money is safe in there, okay. |
| 19 | H. STEWART: | (Unintelligible, too low) my room it's safer than right here. |
| 20 | AGENT PERRY: | Stay right here. |
| 21 | H. STEWART: | (Unintelligible) you are. |
| 22 | AGENT PERRY: | But you're not going to shut the door. |
| 23 | H. STEWART: | Huh, because I could do what? |
| 24 | AGENT PERRY: | Because that's very suspicious that the money that you got, you're |
| 25 | | transporting, and you won't answer any questions about it.  You can't tell me |

16

| | | |
|---|---|---|
| 1 | | who it came from.  You said the person didn't have a name.  It's wrapped up |
| 2 | | in gift wrapping and you don't know how much it is.  You don't know who |
| 3 | | gave it to you.  You don't think that's suspicious? |
| 4 | H. STEWART: | Yeah, I can see your point. |
| 5 | AGENT PERRY: | That's why-, that's why you're not going to shut the door, ma'am. |
| 6 | H. STEWART: | Oh, because I could change my story? |
| 7 | AGENT PERRY: | You could do what? |
| 8 | H. STEWART: | I could change my story, I'm wondering.  I'm wondering what it is– |
| 9 | AGENT PERRY: | Changing your story, I don't-, you can change your story anytime. |
| 10 | H. STEWART: | No, I'm just saying, why-, why is the door being closed somehow– |
| 11 | AGENT PERRY: | Because I don't want you to pull anything out of somewhere that's going to |
| 12 | | harm me or my partner– |
| 13 | H. STEWART: | Oh.  Oh, I see. |
| 14 | AGENT PERRY: | –to do anything to that money, ma'am.  I'm just here to for my safety and for |
| 15 | | the safety of the people on the train.  And to confirm– |
| 16 | H. STEWART: | I'm not a danger to anyone. |
| 17 | AGENT PERRY: | –and-.  Well, I don't know that, ma'am.  You realize that being in law |
| 18 | | enforcement, you don't know who you're talking to. |
| 19 | H. STEWART: | True, I see your point.  When you run my record, you'll see I'm not at all |
| 20 | | dangerous. |
| 21 | AGENT PERRY: | Okay.  Since you-, earlier you wasn't honest with me about having another |
| 22 | | bag in your room, do you have any other bags in your room? |
| 23 | H. STEWART: | No. |
| 24 | AGENT PERRY: | That you didn't tell me about? |
| 25 | H. STEWART: | No, no, no. |

17

| | | |
|---|---|---|
| 1 | AGENT PERRY: | That you got confused about? |
| 2 | H. STEWART: | No, I wasn't confused.  I-, I-, I really don't think of this-.  This is like my |
| 3 | | toiletry.  This is a carryon.  But, no.  I have no more backs.  I have these two |
| 4 | | suitcase-.  That-, that one and this one. |
| 5 | AGENT PERRY: | Okay. |
| 6 | H. STEWART: | Those are the ones I consider suitcases. |
| 7 | AGENT PERRY: | I said luggage.  Then when you said those two.  I said, do you have any other |
| 8 | | luggage with you and you said, no. |
| 9 | H. STEWART: | Again, I don't really think of this as luggage. |
| 10 | AGENT PERRY: | But I asked you if any other luggage with you, other than those two and you |
| 11 | | said, no. |
| 12 | H. STEWART: | I guess so-, miss-, miscommunication. |
| 13 | AGENT PERRY: | No, actually it's a lie.  It's not miscommunication, ma'am.  It's a lie. |
| 14 | H. STEWART: | It's a lie? |
| 15 | AGENT PERRY: | Yes, it's a lie. |
| 16 | H. STEWART: | I had two bags.  These two bags, right? |
| 17 | AGENT PERRY: | No.  You've got three bags. |
| 18 | H. STEWART: | I don't cons-, I understand what you're saying– |
| 19 | AGENT PERRY: | All right, ma'am, I'm not here to argue with you– |
| 20 | H. STEWART: | –but as far as I'm concerned– |
| 21 | AGENT PERRY: | –I'm just telling you– |
| 22 | H. STEWART: | –You're right– |
| 23 | AGENT PERRY: | –I know I'm right. |
| 24 | H. STEWART: | All right.  You're right about my miscommunication. |
| 25 | AGENT PERRY: | Ma'am, I'm not here to give you a hard time and you're giving me a hard time. |

18

| | | |
|---|---|---|
| 1 | H. STEWART: | Am I? |
| 2 | AGENT PERRY: | Yes, you are. |
| 3 | H. STEWART: | It's like telling someone to calm down when they're already calm, isn't it? |
| 4 | AGENT PERRY: | I didn't tell you to calm down. |
| 5 | H. STEWART: | I'm just saying in general.  It feels like that.  It's like a thing that's not even |
| 6 | | real. |
| 7 | AGENT PERRY: | Since you were given those as gifts, were they already wrapped up like that or |
| 8 | | did you do that? |
| 9 | H. STEWART: | They were wrapped up. |
| 10 | AGENT PERRY: | They were already wrapped? |
| 11 | H. STEWART: | Uh-huh. (Yes) |
| 12 | AGENT PERRY: | You didn't see the money inside? |
| 13 | H. STEWART: | No, but they told me how much that was so I know what that amount is.  I |
| 14 | | didn't-, I didn't know it then (Unintelligible, too low) |
| 15 | AGENT PERRY: | Did you know the amount before like little– |
| 16 | H. STEWART: | I do. |
| 17 | AGENT PERRY: | –I call them the little cute ones. |
| 18 | H. STEWART: | Yes, I do.  I'm sorry, this is me being flat out honest with you.  I do. |
| 19 | AGENT PERRY: | And how much is there? |
| 20 | H. STEWART: | It's . . . I'd have to do the math . . . it's like $28-, $28,000? |
| 21 | AGENT PERRY: | Four bundles of $28,000? |
| 22 | H. STEWART: | Like that. |
| 23 | AGENT PERRY: | And you have no idea about the big one? |
| 24 | H. STEWART: | No.  (Unintelligible, too low) Singles or-.  I have no idea. |
| 25 | AGENT PERRY: | Okay. |

19

| | | |
|---|---|---|
| 1 | H. STEWART: | I don't.  I don't.  What's the point of not telling you?  Like I said, I'm really |
| 2 | | not trying to be uncooperative. |
| 3 | AGENT PERRY: | Well you don't have to be, ma'am.  Just to let you know, you don't have to try |
| 4 | | to be anything.  You just-, you are whatever you are.  And you are |
| 5 | | (Unintelligible, too low) |
| 6 | H. STEWART: | I don't believe myself to be uncooperative. |
| 7 | AGENT PERRY: | Okay. |
| 8 | H. STEWART: | But you do.  Do you?  Just wondering. |
| 9 | AGENT PERRY: | Yeah, well ma'am, I'm-, I don't know about the word uncooperative but you |
| 10 | | haven't explained or anything, answered most of my questions that I've asked |
| 11 | | you, I'll say that.  If that's uncooperative– |
| 12 | H. STEWART: | But I have actually answered you to the best of my ability. |
| 13 | AGENT PERRY: | No. |
| 14 | H. STEWART: | I-, okay. |
| 15 | AGENT PERRY: | I don't want to go through the whole thing. |
| 16 | H. STEWART: | Like you said, we're not going to argue. |
| 17 | AGENT PERRY: | I'm not going to argue with you, ma'am. |
| 18 | H. STEWART: | No, I understand. |
| 19 | AGENT PERRY: | When he gets done running your record there– |
| 20 | H. STEWART: | Uh-huh. (Yes) |
| 21 | AGENT PERRY: | –what I'm going to need you to do is stand up and come outside of your room |
| 22 | | for me.  If you wish to do that now, you can do that now. |
| 23 | H. STEWART: | Did you want to look around in here? |
| 24 | AGENT PERRY: | Oh, no.  I'm going to search your room, yes. |
| 25 | H. STEWART: | Okay.  All right, these are just sunglasses, okay.  And I will take my bottle of |

20

| | | |
|---|---|---|
| 1 | | water.  You can go look in my room.  Go look. |
| 2 | AGENT PERRY: | You don't have to step out now, ma'am.  I was going to wait until he got done, |
| 3 | | ma'am. |
| 4 | H. STEWART: | It doesn't really matter.  If it's going to happen, I mean. |
| 5 | AGENT PERRY: | Well, I'd rather do it for my safety, for me going in there and you standing |
| 6 | | out– |
| 7 | H. STEWART: | Oh, because-.  Oh, I understand. |
| 8 | AGENT PERRY: | –you standing out here. |
| 9 | H. STEWART: | Oh, because I-, yeah.  I understand. |
| 10 | AGENT PERRY: | It's just for my safety, ma'am. |
| 11 | H. STEWART: | But when he comes back I'll come out here, right? |
| 12 | AGENT PERRY: | You can go-, you're more than welcome to-, I said you can come out and do |
| 13 | | whatever you want to do. |
| 14 | H. STEWART: | I guess I was misunderstanding.  I thought I-.  You said, when he returns with |
| 15 | | my– |
| 16 | AGENT PERRY: | Yeah, he's right ther-, he's right in that room, ma'am. |
| 17 | H. STEWART: | Okay. |
| 18 | AGENT PERRY: | He's just running-, making sure you don't have any warrants or anything on |
| 19 | | you, okay?  Everything's good, okay?  All right.  This is my partner– |
| 20 | H. STEWART: | It's so boring (Unintelligible, too low). |
| 21 | UNIDENTIFIED: | There's nothing on her. |
| 22 | AGENT PERRY: | That's good you don't have a record. |
| 23 | H. STEWART: | That is good. |
| 24 | AGENT PERRY: | Okay.  Bags in here.  I'm going to set your suitcase up on the top for a minute. |
| 25 | H. STEWART: | Okay. |

*Donna Abbe*
5316 Sur Vista Road NW
Albuquerque, New Mexico 87114
Cell: (505) 235-4554

| | | |
|---|---|---|
| 1 | AGENT PERRY: | Are these your boots and shoes underneath here, ma'am? |
| 2 | H. STEWART: | Yeah, those are my boots. |
| 3 | AGENT PERRY: | Okay.  These your jackets over here? |
| 4 | H. STEWART: | Yes, they are. |
| 5 | AGENT PERRY: | Anything in here I need to know about? |
| 6 | H. STEWART: | No. |
| 7 | AGENT PERRY: | How about this?  All the– |
| 8 | H. STEWART: | That's my lap-, my little– |
| 9 | AGENT PERRY: | How about all the stuff that's down in there? |
| 10 | H. STEWART: | That's all my stuff. |
| 11 | AGENT PERRY: | Okay. |
| 12 | H. STEWART: | (Unintelligible, too low) |
| 13 | AGENT PERRY: | What did you say you do for a living again, ma'am? |
| 14 | H. STEWART: | I do design work and I freelance (Unintelligible, too low) and I drive Uber. |
| 15 | AGENT PERRY: | Loose money inside of this too? |
| 16 | H. STEWART: | No. |
| 17 | AGENT PERRY: | What is this? |
| 18 | H. STEWART: | Oh, it's just a piece of cardboard. |
| 19 | AGENT PERRY: | Okay.  You don't have to open it.  It's okay. |
| 20 | H. STEWART: | All right. |
| 21 | AGENT PERRY: | Did you use that to wrap those up or somebody else– |
| 22 | H. STEWART: | No, somebody else did. |
| 23 | AGENT PERRY: | Did they use this tape? |
| 24 | H. STEWART: | Huh? (What) Yeah. |
| 25 | AGENT PERRY: | That's what was used around there? |

22

| | | |
|---|---|---|
| 1 | H. STEWART: | Uh-huh. (Yes) |
| 2 | AGENT PERRY: | Okay. |
| 3 | H. STEWART: | He touched it. |
| 4 | AGENT PERRY: | Package here, I'm going to open-.  I want you to stand right there and watch |
| 5 | | me, ma'am. |
| 6 | H. STEWART: | Uh-huh. (Yes) |
| 7 | AGENT PERRY: | Do you know where all this money came from? |
| 8 | H. STEWART: | No. |
| 9 | AGENT PERRY: | Okay.  This package here, I'm going to open up the large one.  I can feel it. |
| 10 | | There's money in there.  Is there anything else in here other than money?  No |
| 11 | | guns or anything? |
| 12 | H. STEWART: | Not that I can imagine.  I couldn't– |
| 13 | AGENT PERRY: | Because you didn't wrap this one. |
| 14 | H. STEWART: | I don't know.  Yeah, exactly.  I can't . . . like I said, I don't know what's in |
| 15 | | there. |
| 16 | AGENT PERRY: | Now, would you consider this suspicious the way this is wrapped up and the |
| 17 | | way you're transporting it? |
| 18 | H. STEWART: | (No audible response) |
| 19 | AGENT PERRY: | You wouldn't consider that suspicious? |
| 20 | | (Unintelligible, background noise) |
| 21 | H. STEWART: | Um . . . . |
| 22 | AGENT PERRY: | Okay. |
| 23 | H. STEWART: | I imagine (Unintelligible, too low). |
| 24 | AGENT PERRY: | As a general person in public, you wouldn't think this would be suspicious. |
| 25 | H. STEWART: | Well, if you don't like banks.  I don't keep my money in the bank. |

23

| | | |
|---|---|---|
| 1 | | (Unintelligible, too low) |
| 2 | AGENT PERRY: | You don't keep no money in the bank? |
| 3 | H. STEWART: | I keep some.  Yep.  Like I had to travel like this, otherwise I'd keep all my |
| 4 | | money (Unintelligible, too low) |
| 5 | AGENT PERRY: | So, none of-, none of this money was in the bank? |
| 6 | H. STEWART: | Not in my bank.  Not-, not-.  I don't know.  I don't keep my money in the |
| 7 | | bank. |
| 8 | AGENT PERRY: | I understand. |
| 9 | H. STEWART: | This is in my suitcase.  Wouldn't it be my money?  I'm just wondering. |
| 10 | | (Unintelligible, too low) |
| 11 | AGENT PERRY: | It's in your possession.  It could belong to anybody.  Anybody could give you |
| 12 | | the money to transport.  So, yeah.  It could be.  Since you have possession of |
| 13 | | it, it would be considered yours.  That doesn't necessarily mean you own it. |
| 14 | H. STEWART: | (Unintelligible, too low) |
| 15 | AGENT PERRY: | Does that make sense? |
| 16 | H. STEWART: | That does make sense. |
| 17 | AGENT PERRY: | Yeah.  And you didn't wrap this up in all those rubber bands and heat sealed |
| 18 | | up like that? |
| 19 | H. STEWART: | No, I didn't. |
| 20 | AGENT PERRY: | It's wrapped up the same way? |
| 21 | H. STEWART: | No. |
| 22 | AGENT PERRY: | How is it wrapped? |
| 23 | H. STEWART: | Just-, just no plastic wrap. |
| 24 | AGENT PERRY: | Just money laying in there. |
| 25 | H. STEWART: | Yeah, there may be a rubber band on it. |

24

| | | |
|---|---|---|
| 1 | AGENT PERRY: | Rubber band is around this? |
| 2 | H. STEWART: | Yeah, like may– |
| 3 | AGENT PERRY: | Can you– |
| 4 | H. STEWART: | Yes, something like that. |
| 5 | AGENT PERRY: | Can you tell me why they're wrapped in increments like that? |
| 6 | H. STEWART: | No, I don't know.  I'm sure it's bec-, it's (Unintelligible) an amount. |
| 7 | AGENT PERRY: | It does in denominations. |
| 8 | H. STEWART: | No, it's an amount. |
| 9 | AGENT PERRY: | Do you know who I work for, ma'am? |
| 10 | H. STEWART: | What? |
| 11 | AGENT PERRY: | I work for DEA. |
| 12 | H. STEWART: | Okay. |
| 13 | AGENT PERRY: | Okay?  And I've been doing this for a long time.  And the only money I've |
| 14 | | ever seen rubber banded up in increments like that is drug money.  Proceeds |
| 15 | | from illegal narcotics.  Okay?  So, I'm saying that's what I believe that is. |
| 16 | H. STEWART: | That's what you believe that is. |
| 17 | AGENT PERRY: | Yes.  Okay.  So, what's going to happen today is the money that you have |
| 18 | | here– |
| 19 | H. STEWART: | Uh-huh. (Yes) |
| 20 | AGENT PERRY: | –in these bundles is going to be seized by us today.  Me and my partner right |
| 21 | | there.  Okay?  I'm going to give you a receipt for it. |
| 22 | H. STEWART: | Uh-huh. (Yes) |
| 23 | AGENT PERRY: | Okay?  And I'm going to explain to you how to file a petition if you wish to |
| 24 | | file a petition to get the money returned to you.  Okay?  Is this-, do you use |
| 25 | | any kind of drugs, ma'am?  I'm not accusing you of anything.  I just have to |

25

| | | |
|---|---|---|
| 1 | | ask the question. |
| 2 | H. STEWART: | No. |
| 3 | AGENT PERRY: | You don't smoke– |
| 4 | H. STEWART: | Well I– |
| 5 | AGENT PERRY: | –marijuana? |
| 6 | H. STEWART: | Well, I do.  I live in a cab state of California and I do smoke marijuana but I |
| 7 | | don't have any with me. |
| 8 | AGENT PERRY: | Do you– |
| 9 | H. STEWART: | No. |
| 10 | AGENT PERRY: | Okay.  Is this money been around any drugs? |
| 11 | H. STEWART: | In its lifetime?  I imagine it may have. |
| 12 | AGENT PERRY: | Since you had it? |
| 13 | H. STEWART: | No. |
| 14 | AGENT PERRY: | Okay.  All right. |
| 15 | H. STEWART: | (Unintelligible, too low) |
| 16 | AGENT PERRY: | Vince, would you get fifteen-, twenty-five minutes.  Would you go to my car |
| 17 | | and get that receipt thing out of there?  I'll hold on to her ID.  Would you like |
| 18 | | to sit down, ma'am? |
| 19 | H. STEWART: | No, it's okay.  You want me to– |
| 20 | AGENT PERRY: | Or do you want to stand up? |
| 21 | H. STEWART: | No. I've been in my room I'm fine, I've been sitting all day in this train.  I'm |
| 22 | | good. |
| 23 | AGENT PERRY: | Did you take anything out of these bags and put it in your purse when you |
| 24 | | went outside? |
| 25 | H. STEWART: | No. |

26

| | | |
|---|---|---|
| 1 | AGENT PERRY: | Okay.  Can you sit your purse down here again for me? |
| 2 | H. STEWART: | What are you looking for? |
| 3 | AGENT PERRY: | Do you have any bundles of money in your purse? |
| 4 | H. STEWART: | No.  No. I went and bought some earrings.  They're here in my purse. |
| 5 | | (Unintelligible, too low)  You want me to pull some stuff out? |
| 6 | AGENT PERRY: | No, ma'am.  That's okay. |
| 7 | H. STEWART: | Okay. |
| 8 | AGENT PERRY: | I'm sorry.  Here's your purse back.  Thank you. |
| 9 | H. STEWART: | All right.  No problem. |
| 10 | AGENT PERRY: | Are you sure you don't want to sit down? |
| 11 | H. STEWART: | I'm sure. |
| 12 | AGENT PERRY: | All I'm going to do is take some-.  Since this money is being seized from you– |
| 13 | H. STEWART: | Uh-huh. (Yes) |
| 14 | AGENT PERRY: | –I've got to pictures of this money in here. |
| 15 | H. STEWART: | Uh-huh. (Yes) |
| 16 | AGENT PERRY: | And actually, I've got to take pictures of you, okay?  Because you're the |
| 17 | | person we're seizing the money from. |
| 18 | H. STEWART: | You know what, okay.  We can take each other's pictures and stuff– |
| 19 | AGENT PERRY: | No, you're not going to take my picture. |
| 20 | H. STEWART: | Okay. |
| 21 | AGENT PERRY: | I'm going to give you a receipt with my name on it. |
| 22 | H. STEWART: | Fine. |
| 23 | AGENT PERRY: | No, you– |
| 24 | H. STEWART: | Well, we'll take pictures of this for when I go to– |
| 25 | AGENT PERRY: | Do you want to take– |

27

| | | |
|---|---|---|
| 1 | H. STEWART: | –(Unintelligible, too low) |
| 2 | AGENT PERRY: | –do you want to take? You can take all the pictures of this. |
| 3 | H. STEWART: | Yeah, sure. |
| 4 | AGENT PERRY: | Just don't take pictures of me, please.  Okay? |
| 5 | H. STEWART: | Okay. |
| 6 | AGENT PERRY: | Just for my safety, ma'am. |
| 7 | H. STEWART: | That's all you say-.  I-, that's okay. |
| 8 | AGENT PERRY: | I appreciate-.  You-, do you want to take pictures before I do? |
| 9 | H. STEWART: | No, we can both take pictures. |
| 10 | AGENT PERRY: | Yeah.  As long as you don't take any pictures of me. |
| 11 | H. STEWART: | I won't take any pictures.  (Unintelligible, too low) I believe (Unintelligible, |
| 12 | | too low). |
| 13 | AGENT PERRY: | When I give you this receipt, ma'am, it has to have an address on it.  That |
| 14 | | you're going to rece-, receive some-, a packet, some paperwork in the mail– |
| 15 | H. STEWART: | Uh-huh. (Yes) |
| 16 | AGENT PERRY: | –Do you want it mailed to this receipt or do you have a different address you'd |
| 17 | | like– |
| 18 | H. STEWART: | A different address. |
| 19 | AGENT PERRY: | Okay. |
| 20 | H. STEWART: | There's an address that's actually-, that's attached to that I-, identification |
| 21 | | that's different. |
| 22 | AGENT PERRY: | Okay.  Sometimes they'll put them on the back.  Okay.  I'll get that from you |
| 23 | | in a minute. |
| 24 | H. STEWART: | Okay. |
| 25 | AGENT PERRY: | Are you finished taking pictures? |

28

---

| | | |
|---|---|---|
| 1 | H. STEWART: | Yeah, some. I-. Okay. |
| 2 | AGENT PERRY: | Would it be a fact that you didn't want me to see this other suitcase because it |
| 3 | | had money in it? A large sum of money in it? |
| 4 | H. STEWART: | (No audible response) |
| 5 | AGENT PERRY: | That might have something to do with you not wanting to tell me you had |
| 6 | | another suitcase in your room? |
| 7 | H. STEWART: | (No audible response) |
| 8 | AGENT PERRY: | Just guessing. |
| 9 | H. STEWART: | You're guessing. At this point I didn't think (Unintelligible, too low) |
| 10 | AGENT PERRY: | Ma'am, you're-. Here's the deal. You're not under arrest. You're not going |
| 11 | | to be arrested if that's what you're wondering. Okay. I'm just– |
| 12 | H. STEWART: | Well, of course I'm concerned. |
| 13 | AGENT PERRY: | –trying-. I'm just-, I'm just-, I'm just tr-, doing an investigation, trying to find |
| 14 | | out about this large sum of money that I believe is drug money. That's all I'm |
| 15 | | doing. |
| 16 | H. STEWART: | Okay. |
| 17 | AGENT PERRY: | When we get done here, you're going to continue your trip and go wherever |
| 18 | | you're going. Okay? I can promise you that. |
| 19 | H. STEWART: | All right. |
| 20 | AGENT PERRY: | We ran your record, you don't have no warrants. You're free to go, okay? |
| 21 | H. STEWART: | Okay. |
| 22 | AGENT PERRY: | All right. |
| 23 | H. STEWART: | Okay, so will you-. Okay. I'll let you do your job. |
| 24 | AGENT PERRY: | No, go ahead. |
| 25 | H. STEWART: | So, you're going to seize the money. |

29

| | | |
|---|---|---|
| 1 | AGENT PERRY: | Yes. |
| 2 | H. STEWART: | Towards there about.  And I'm going to be able to petition the court at a later |
| 3 | | date. |
| 4 | AGENT PERRY: | Yes, you-.  What's going to happen is I'm going to explain it to you.  He'll |
| 5 | | bring-.  What he went to do is go get my receipts. |
| 6 | H. STEWART: | Uh-huh. (Yes) |
| 7 | AGENT PERRY: | And I'll go ahead and explain it to you now.  What we're going to do is you'll |
| 8 | | get a packet in the mail at the address you give me.  Not this one.  And that |
| 9 | | packet will tell you everything you need to do.  It'll have addresses, how to |
| 10 | | fill out the forms, everything you need to do to petition the court to give-, if |
| 11 | | you wish to do that, to get the money returned to you. |
| 12 | H. STEWART: | Okay. |
| 13 | AGENT PERRY: | Does that make sense? |
| 14 | H. STEWART: | Yeah. |
| 15 | AGENT PERRY: | Okay.  So, let me go ahead and take some pictures of you.  Can you just stand |
| 16 | | there and face me, ma'am? |
| 17 | H. STEWART: | (No audible response) |
| 18 | AGENT PERRY: | I'd like to get a total body picture of you.  Could you step down that way so I |
| 19 | | can get-.  There you go.  That's good, ma'am.  That's fine. |
| 20 | H. STEWART: | That's fine? |
| 21 | AGENT PERRY: | Yes.  Thank you.  Seth, do you want to get that out there and get it started? |
| 22 | SETH: | (No audible response) |
| 23 | AGENT PERRY: | Y'all go in and . . . did you get the evidence bag?  Did you get more than one |
| 24 | | or just one? |
| 25 | SETH: | I got two. |

30

| | | |
|---|---|---|
| 1 | AGENT PERRY: | Okay.  We might need more than one. |
| 2 | SETH: | I got you this one. |
| 3 | AGENT PERRY: | Yeah.   You want to take this (Unintelligible, too low) sit in front. |
| 4 | | (Unintelligible)  Can you see me, Ms. Stewart? |
| 5 | H. STEWART: | Oh– |
| 6 | AGENT PERRY: | I'm so sorry– |
| 7 | H. STEWART: | –you didn't hurt me.  (Unintelligible, too low) |
| 8 | AGENT PERRY: | I'm just trying to move that back. |
| 9 | H. STEWART: | Okay. |
| 10 | AGENT PERRY: | I'm just making sure you're watching exactly what I do.  We're going to take |
| 11 | | this out of here. |
| 12 | H. STEWART: | Uh-huh. (Yes) |
| 13 | AGENT PERRY: | We're going to put that in an evidence bag and seal that up in front of you, |
| 14 | | okay? |
| 15 | H. STEWART: | Okay.  Do we know how much that is? |
| 16 | AGENT PERRY: | That's another thing I was going to tell you.  We are not allowed to count the |
| 17 | | money. |
| 18 | H. STEWART: | Um. |
| 19 | AGENT PERRY: | A bank will count the money. |
| 20 | H. STEWART: | Oh. |
| 21 | AGENT PERRY: | With one of those machines, an official count.  On the receipt I'm going to |
| 22 | | give you– |
| 23 | H. STEWART: | Uh-huh. (Yes) |
| 24 | AGENT PERRY: | –I'm going to put down one large plastic bag containing an unknown amount |
| 25 | | of US currency. |

31

| | | |
|---|---|---|
| 1 | H. STEWART: | Uh-huh. (Yes) |
| 2 | AGENT PERRY: | And four smaller bundles containing an unknown amount-, unknown amount |
| 3 | | of US currency.  We're not allowed-, our policy is we're not allowed to count |
| 4 | | it. |
| 5 | H. STEWART: | Okay. |
| 6 | AGENT PERRY: | Because, number one, if I would have count this, I'll get a different count.  If |
| 7 | | you count it, you'll get a different count. |
| 8 | H. STEWART: | Uh-huh. (Yes) |
| 9 | AGENT PERRY: | So, we're going to have an official count from a bank.  Okay? |
| 10 | H. STEWART: | Okay.  You can be wrong about that.  Not to question your honesty, you don't |
| 11 | | want to give– |
| 12 | AGENT PERRY: | What we're going to do?  We're going to put it in here and seal it up in front |
| 13 | | of you. |
| 14 | H. STEWART: | Okay. |
| 15 | MALE: | And you can sign it and everything. |
| 16 | AGENT PERRY: | That's why-, that's why I wanted you to watch. |
| 17 | H. STEWART: | Oh, okay. |
| 18 | AGENT PERRY: | We can-.  You know what? |
| 19 | MALE: | You need a– |
| 20 | AGENT PERRY: | I'm going to cut that out of there, take the plastic.  But I'm going to cut that |
| 21 | | out of there.  (Unintelligible, too low) There's four here.  (Unintelligible, too |
| 22 | | low) You can go ahead and fasten that.  If you got-, go ahead and sign the |
| 23 | | (Unintelligible, too low). |
| 24 | MALE: | Sure. |
| 25 | AGENT PERRY: | And I'll do that.  And you-, Ms. Stewart? |

32

| | | |
|---|---|---|
| 1 | H. STEWART: | Yes. |
| 2 | AGENT PERRY: | I want you to watch me because I don't want you-.  I know you're very |
| 3 | | concerned, which I understand.  I want you to be-.  I kept this out of this plastic |
| 4 | | because it won't fit in there like that.  It's too wide.  I'm going to cut those out |
| 5 | | of there and just put them in there individually.  Does that make sense? |
| 6 | H. STEWART: | Yeah, that's fine. |
| 7 | MALE: | Do you need another bag? |
| 8 | AGENT PERRY: | No.  I think it's good, Seth.  Seth, there's seven bundles in there.  One, two, |
| 9 | | three, four, five, six, seven.  Do you want a picture of that, ma'am? |
| 10 | H. STEWART: | Yep.  (Unintelligible, too low) |
| 11 | AGENT PERRY: | Yep.  And do you want to set it over here or you want th-.  Well, you tell me |
| 12 | | where you want it. |
| 13 | H. STEWART: | That-, that's good.  Let's see.  Okay.  There's a side way and a front way like |
| 14 | | turn it-.  Yeah.  Okay.  I want one all the way around, please.  Oh, let's see |
| 15 | | pan-.  Okay.  Thank you. |
| 16 | AGENT PERRY: | Okay.  You want a picture of that one? |
| 17 | H. STEWART: | (No audible response) |
| 18 | AGENT PERRY: | Go ahead. |
| 19 | H. STEWART: | And turn it around, please.  Thank you. |
| 20 | AGENT PERRY: | Uh-huh. (Yes)  Take them-.  Set it right there.  Oh, hang on a second.  Sorry. |
| 21 | | First-, there's more in here.  You didn't seal that up, did you? |
| 22 | MALE: | (No audible response) |
| 23 | AGENT PERRY: | There's one so it'll be eight.  Let her take . . . Ma'am, this packaging– |
| 24 | H. STEWART: | Uh-huh. (Yes) |
| 25 | AGENT PERRY: | I'll put it this-, this bag here.  Do you know what that is? |

33

| | | |
|---|---|---|
| 1 | H. STEWART: | It-, animal cookies. |
| 2 | AGENT PERRY: | Yeah, I know but do you know what that mean-, does that mean anything? |
| 3 | H. STEWART: | Hold on.  Those are animal crackers.  (Unintelligible, too low) |
| 4 | AGENT PERRY: | I don't know.  (Unintelligible, too low) |
| 5 | H. STEWART: | (Unintelligible, too low) (Chuckle) |
| 6 | AGENT PERRY: | I don't have no idea what it means. |
| 7 | H. STEWART: | I thought maybe you (Unintelligible, too low). |
| 8 | AGENT PERRY: | No, ma'am, it wasn't.  You want to have her sign both of those too? |
| 9 | MALE: | Yeah.  (Unintelligible, too low) Sign right here. |
| 10 | H. STEWART: | What? |
| 11 | MALE: | And then we're going to do the same thing.  He's going to sign it and then |
| 12 | | we're going to seal it in front of you, okay? |
| 13 | H. STEWART: | Uh-huh. (Yes) |
| 14 | MALE: | So, those are right there.  Do you want to (Unintelligible, too low)? |
| 15 | H. STEWART: | Oh, yeah. |
| 16 | AGENT PERRY: | These be the rubber bands, ma'am, that were used to wrap that money up? |
| 17 | H. STEWART: | (No audible response) |
| 18 | AGENT PERRY: | Maybe? |
| 19 | H. STEWART: | Maybe? |
| 20 | AGENT PERRY: | Do you want to tell me what this is? |
| 21 | H. STEWART: | Math.  Like I said, it was around $28-, I told you.  About twenty– |
| 22 | AGENT PERRY: | Is that the amount of money that's in those four bundles? |
| 23 | H. STEWART: | Supposedly. |
| 24 | AGENT PERRY: | Did you write that or somebody else? |
| 25 | H. STEWART: | Somebody else. |

34

| | | |
|---|---|---|
| 1 | AGENT PERRY: | Okay. |
| 2 | H. STEWART: | Am I on the wrong car? |
| 3 | MALE: | This is the first car. |
| 4 | H. STEWART: | (Unintelligible, too low) |
| 5 | MALE: | Are you-, you dropped the ID (Unintelligible, too low). |
| 6 | AGENT PERRY: | The ID? |
| 7 | H. STEWART: | (Unintelligible, too low) |
| 8 | AGENT PERRY: | That's (Unintelligible, too low).  Thank you, Seth.  Your first name is Heather, |
| 9 | | correct, Ms. Stewart? |
| 10 | H. STEWART: | Yes. |
| 11 | AGENT PERRY: | And what address do you want this receipt back-, mailed to you? |
| 12 | H. STEWART: | 6330 Salter like salt and pepper, Salt-e-r Avenue, Temple City, California |
| 13 | | 91780. |
| 14 | AGENT PERRY: | Seth, can you read off . . . |
| 15 | | (Beeping sound) |
| 16 | SETH: | (Unintelligible) this one? |
| 17 | AGENT PERRY: | Yeah. |
| 18 | AGENT SETH: | Sam 000, three zeros, 550580. |
| 19 | AGENT PERRY: | Ready. |
| 20 | AGENT SETH: | The second on Sam 000, three zeros, 550581. |
| 21 | AGENT PERRY: | Did she sign both of those? |
| 22 | AGENT SETH: | They're both. |
| 23 | AGENT PERRY: | And you did too? |
| 24 | AGENT SETH: | Yep.  (Unintelligible, too low) |
| 25 | AGENT PERRY: | And is Ms. Stewart still out there? |

35

| 1 | AGENT SETH: | (Unintelligible, too low) |
|---|---|---|
| 2 | AGENT PERRY: | You sure you don't want to give me the name of the person that gave you this |
| 3 | | money? |
| 4 | H. STEWART: | No. |
| 5 | AGENT SETH: | (Unintelligible, too low) |
| 6 | AGENT PERRY: | Do you want to hand me those bags and I'll sign them.  You want to seal that |
| 7 | | up in front of her? |
| 8 | AGENT SETH: | (Unintelligible, too low) |
| 9 | AGENT PERRY: | Okay, Ms. Stewart.  I don't know if you-, can you see this okay?  Do you want |
| 10 | | to step in here or? |
| 11 | H. STEWART: | (Unintelligible, too low) |
| 12 | AGENT PERRY: | I have a light. |
| 13 | H. STEWART: | (Unintelligible, too low) |
| 14 | AGENT PERRY: | There you go.  Can you see this? |
| 15 | H. STEWART: | Yeah, I see it. |
| 16 | AGENT PERRY: | Okay.  It has your name up here.  Your address you gave me. |
| 17 | H. STEWART: | Uh-huh. (Yes) |
| 18 | AGENT PERRY: | I don't have a case number or identifier yet.  I'll do that when I get to the |
| 19 | | office. |
| 20 | H. STEWART: | Uh-huh. (Yes) |
| 21 | AGENT PERRY: | This is the name, your name, date.  This is our district office here.  It has two. |
| 22 | | That S-S-E-E stands for self-sealing evidence envelopes– |
| 23 | H. STEWART: | Uh-huh. (Yes) |
| 24 | AGENT PERRY: | -which are those two things.  It has the numbers on them.  The S-S-00, all |
| 25 | | those numbers.  Containing an unknown amount of US currency.  It says |

36

| | | |
|---|---|---|
| 1 | | seized by DEA, various packaging material, which I put in there also.  That |
| 2 | | plastic and the-, the um giftwrapping. |
| 3 | H. STEWART: | Uh-huh. (Yes) |
| 4 | AGENT PERRY: | It has the time, seized by me, my name, signed, his name witnessed-, |
| 5 | | witnessed and signed, the date, the time.  If I could get you to-, see how I |
| 6 | | printed my name and signed beside it? If you could do that and then I'm going |
| 7 | | to give you a copy it.  Okay.  And do you-, what is-, I need-.  I forgot the |
| 8 | | contact phone number. |
| 9 | H. STEWART: | Contact phone number?  626-545-3861. |
| 10 | AGENT PERRY: | Is that cell or home number? |
| 11 | H. STEWART: | Cell. |
| 12 | AGENT PERRY: | This is your copy. |
| 13 | H. STEWART: | Yes. |
| 14 | AGENT PERRY: | Do you have any questions at all for me? |
| 15 | H. STEWART: | Who do I contact?  I have to wait until it comes in the mail? |
| 16 | AGENT PERRY: | Yes.  You can call.  I'll give you our-.  You-, I'll let you– |
| 17 | H. STEWART: | Do you have a card or anything? |
| 18 | AGENT PERRY: | I can give you my contact phone number. |
| 19 | H. STEWART: | Okay.  That would be great. |
| 20 | AGENT PERRY: | Yeah.  You want me to do-, I can write it on the bottom of there for you, of |
| 21 | | your receipt.  Okay? |
| 22 | H. STEWART: | Uh-huh. (Yes) |
| 23 | AGENT PERRY: | Do you have any questions about the process or what you need to do? |
| 24 | H. STEWART: | I have to wait for the mail. |
| 25 | AGENT PERRY: | Yes, pretty much. |

37

| | | |
|---|---|---|
| 1 | H. STEWART: | Do you have any idea how long this petition process takes? |
| 2 | AGENT PERRY: | Well, what will happen is DEA has 60 days to send you that packet in the mail. |
| 3 | H. STEWART: | Uh-huh. (Yes) |
| 4 | AGENT PERRY: | You'll probably get it within two weeks. |
| 5 | H. STEWART: | Uh-huh. (Yes) |
| 6 | AGENT PERRY: | That's just policy.  You have 60 da-.  Then once you get it, whatever date it |
| 7 | | has been received-, it'll be mailed out like with a registered receipt and all that |
| 8 | | stuff to make sure you got it. |
| 9 | H. STEWART: | Uh-huh. (Yes) |
| 10 | AGENT PERRY: | And then you have 30 days to send that paperwork back in. |
| 11 | H. STEWART: | Uh-huh. (Yes) |
| 12 | AGENT PERRY: | So, that-.  Until you get it and do that, there's really not much you can do. |
| 13 | | Does that make sense? |
| 14 | H. STEWART: | Yeah.  And then once we do that, then there's still more process after that. |
| 15 | AGENT PERRY: | Yes.  It's the government. |
| 16 | H. STEWART: | Yeah, I know.  It's going to take a year or so, a year? |
| 17 | AGENT PERRY: | I can't tell you for sure.  Just depends, ma'am. |
| 18 | H. STEWART: | You've probably seen it happen, so.  It's not going to be– |
| 19 | AGENT PERRY: | I have but– |
| 20 | H. STEWART: | –like– |
| 21 | AGENT PERRY: | –it can be quick. |
| 22 | H. STEWART: | –it's not going to be like in a couple of months.  Or-, okay. |
| 23 | AGENT PERRY: | It could be quick. |
| 24 | H. STEWART: | All right.  There's like-, there's an upside then.  Uh-huh. (Yes) |
| 25 | AGENT PERRY: | Yes.  Do you have any questions at all about anything? |

38

| | | |
|---|---|---|
| 1 | H. STEWART: | I'm okay.  You're not arresting me for anything.  I didn't do anything, right? |
| 2 | AGENT PERRY: | No.  We're not going to arrest you.  Of course not.  I told you we wasn't and. |
| 3 | H. STEWART: | You did.  You did say that and I believe you. |
| 4 | AGENT PERRY: | All right.  Can-, I like you, ma'am, but can I get out and– |
| 5 | H. STEWART: | Sure. |
| 6 | AGENT PERRY: | –and go around. |
| 7 | H. STEWART: | (Unintelligible, too low) |
| 8 | AGENT PERRY: | Thank you.  All right.  You have a good– |
| 9 | H. STEWART: | I don't think you like me (Unintelligible, too low). |
| 10 | AGENT PERRY: | I don't dislike you, ma'am. |
| 11 | H. STEWART: | Okay.  Good. |
| 12 | AGENT PERRY: | I'm just doing my– |
| 13 | H. STEWART: | I don't dislike you either.  You're doing your job. |
| 14 | AGENT PERRY: | I'm doing my job and it's nothing personal and you're just trying to do your |
| 15 | | job.  Okay?  Thank you, ma'am.  You have a good day, okay? |
| 16 | H. STEWART: | (No audible response) |
| 17 | | **(End of recording)** |

*Donna Abbe*
5316 Sur Vista Road NW
Albuquerque, New Mexico 87114
Cell: (505) 235-4554

## TRANSCRIBER'S CERTIFICATE

I, Donna Abbe, Legal Transcriber, DO HEREBY CERTIFY that the foregoing transcript is a true and correct record of the proceedings as transcribed by me, to the best of my ability, from a recording supplied by Attorney Erlinda O. Johnson.

I further certify that I am neither employed by nor related to any of the parties or attorneys in this case and that I have no interest whatsoever in the final disposition of this case in any court.

*Donna Abbe*

Donna Abbe 11/16/2018
LEGAL TRANSCRIBER