IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

  vs.                                            No. 18-CV-561 JCH/LF

**$68,790.00 in U.S. currency**

           **Defendant.**

**HEATHER STEWART,**

           **Claimant.**

### NOTICE OF COMPLETION OF BRIEFING ON CLAIMANT HEATHER STEWART'S OPPOSED MOTION TO SUPPRESS EVIDENCE

    COMES NOW Claimant Heather Stewart by and through her attorney, Erlinda O. Johnson, Esq., pursuant to Local Rule 7.4(e) of the United States District Court for the District of New Mexico, hereby notifies the Court that briefing is complete on Claimant's Opposed Motion to Suppress Evidence, filed December 22, 2018 (doc. 25). The related filings are as follows:

1. Claimant's motion to suppress evidence, filed December 22, 2018. (doc. 22)
2. Plaintiff United States response to Claimant's Motion to Suppress Evidence, filed on January 24, 2019 (doc. 31)
3. Claimant's reply to Plaintiff's response to Claimant's Motion to Suppress Evidence, filed February 5, 2019. (doc. 35)

                                                       Respectfully Submitted,

                                                       LAW OFFICE OF ERLINDA O. JOHNSON

        By __electronically filed on 2/5/19__
          Erlinda O. Johnson, Esq.
          620 Roma Ave. NW
          Albuquerque, New Mexico 87102
          Telephone:  505-792-4048
          Facsimile:  505-792-7268
          Email:  erlindajohnsonlaw@comcast.net
          Attorney for the Claimant

I hereby certify that a true and correct
Copy of the foregoing was e-mailed via
CM-ECF to Counsel for defendant:

Steve Kotz
U.S. Attorney's Office
201 Third Street N.W.
Suite 900
Albuquerque, NM 87102

on this 5th day of February, 2019.

_____/s/_____
Erlinda O. Johnson