IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

    Civ. No. 1:18-cv-00561 JCH-LF

$68,790.00 IN UNITED STATES CURRENCY,

    *Defendant-in-rem*,

and

HEATHER STEWART,

    *Claimant.*

## DISCLAIMER

Heather Stewart hereby disclaims any right, title or interest in the Defendant Property listed in the caption above on the condition that no costs or expenses be assessed against the undersigned; consents to entry of judgment for relief demanded in the complaint; and waives notice of all further actions or proceedings.

Dated: 3/9/19

    /s/ Heather Stewart
    HEATHER STEWART
    Claimant

Dated: 3-14-19

    /s/ Erlinda O. Johnson
    ERLINDA O. JOHNSON, ESQ.
    Attorney for Claimant Heather Stewart
    620 Roma Ave NW
    Albuquerque, NM 87102
    (505) 792-4048