IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                              Civ. No. 1:18-cv-00561 JCH-LF

$68,790.00 IN UNITED STATES CURRENCY,

    *Defendant-in-rem,*

and

HEATHER STEWART,

    *Claimant.*

**UNITED STATES' MOTION FOR ENTRY OF FINAL JUDGENT AND ORDER OF FORFEITURE**

Plaintiff moves this Court to enter a Final Order of Forfeiture which forfeits to Plaintiff United States all right, title and interest in the Defendant Property for the reasons set forth below:

1.    On June 18, 2018, a Complaint for Forfeiture *In* Rem was filed against Defendant Property. (Doc. 1.)

2.    On July 31, 2018, claimant Heather Stewart filed a Verified Claim and Statement of Interest. (Doc. 4.) Claimant filed an Answer to Complaint on July 31, 2018. (Doc. 5.)

3.    On March 15, 2019, claimant Heather Stewart filed a Disclaimer, in which she disclaimed any right, title or interest in the Defendant Property listed in the caption above on the condition that no costs or expenses be assessed against her; consented to entry of judgment for relief demanded in the complaint; and waived notice of all further actions or proceedings. (Doc. 38).

4.     There are no claims remaining for adjudication.

5.     This motion is ripe for final disposition.

WHEREFORE, the United States requests that this Court enter a Final Order of Forfeiture forfeiting all right, title and interest in the Defendant Property to the United States and vesting title thereto in the United States.

    Respectfully Submitted,

    JOHN C. ANDERSON
    United States Attorney

    _____
    STEPHEN R. KOTZ
    Assistant U.S. Attorney
    P.O. Box 607
    Albuquerque, NM   87103
    (505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

_____
STEPHEN R. KOTZ
Assistant U.S. Attorney